767 A.2d 959

IN THE MATTER OF BEN W. PAYTON, AN ATTORNEY AT LAW.

March 8, 2001.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **BEN W. PAYTON** of **COLONIA,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed), *RPC* 1.5(b) (failure to employ retainer agreement), *RPC* 3.2 (failure to expedite litigation), and *RPC* 8.1(b) (failure to cooperate with ethics authorities),

And the Disciplinary Review Board further having concluded that respondent should practice under the supervision of a practicing attorney for a period of one year;

And good cause appearing;

It is ORDERED that **BEN W. PAYTON** is hereby reprimanded; and it is further

ORDERED that respondent practice under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of one year and until the further order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.